## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| | ) | | |
| **v.** | ) | **Case No.** | **3:21-CR-00091** |
| | ) | | **Judge Katherine A. Crytzer** |
| | ) | | |
| **JESSIE GOUGH** | ) | | |

## NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The defendant, Jessie Gough, by and through undersigned counsel, hereby files this Notice of No Objections to the Presentence Investigation Report. Having reviewed in full the Presentence Investigation Report prepared by the United States Probation Office, Mr. Gough has no objection to the Report as filed with the Court.

Respectfully submitted,

 s/Marcos M. Garza
Marcos M. Garza, BPR # 021483
GARZA LAW FIRM, PLLC
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
(865) 540-8300, Fax: (865) 474-9397
info@garzalaw.com

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
STEPHENS, DIRADO & CAVINESS, LLP
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 545-0909, Fax: (865) 545-0902
tyler@sdclaw.com
*Attorneys for Mr. Gough*