**LEFFEW & LEFFEW**
LAW OFFICE
109 NORTH FRONT AVENUE
P. O. BOX 63
ROCKWOOD, TENNESSEE 37854

PHONE NO. (865) 354-3241
FAX NO. (865) 354-2748

BILLY H. LEFFEW (1934-2016)                                          GREG LEFFEW

January 11, 2023

Garza Law Firm
550 W. Main St.
Ste 340
Bank of America Bldg.
Knoxville, TN 37902

   Re: Jesse Gough

Greetings:

  I met Jesse Gough approximately two years ago when I was building a house. The house was close to being completed, but we were having trouble getting a septic system installed so we could move into the house. Over a 4-month period, I had contracted with three excavators licensed to install septic systems, but none of them would show up.

  Jesse Gough was excavating on a vacant lot in the subdivision where I was building. I approached him about installing the septic system. He came right over and began work immediately, completing the system expediently. His price was fair and reasonable, and through the whole process he communicated well with me, explaining what would be involved and what the cost would be.

  The septic system passed inspection, and we were able to get a certificate of occupancy.

  Mr. Gough did such a good job with the septic system, I subsequently hired him to do the final grade of our yard and to dig the footers for a separate garage I was building on the property. I was having trouble finding someone to pour the footers and the slab, so Mr. Gough located a concrete contractor for me, who also did an excellent job. When it came time to brick the garage, Mr. Gough located a brick mason for me, who also did an excellent job.

  Prior to moving into the house, I came over one evening and found our woods to be on fire. The local volunteer fire department was taking an extremely long amount of time to respond to the fire. Mr. Gough had on my property a backhoe that he was using for the septic tank installation. Desperate to get the fire out, I called Mr. Gough. Even though it was after hours, when work had ended for the day, he came straight over to my property, got on his backhoe and put out the fire before the volunteer fire department finally arrived.

I was impressed with Mr. Gough's work ethic, as well as his willingness to help me find subcontractors so I could finish my project. I was extremely impressed with Mr. Gough going out of his way to put out the fire. It is hard to find people who have a strong work ethic, who do what they say they will do, and who will go the extra mile to help another person. Mr. Gough has all of those qualities, and I am grateful to have met him and to have hired him to work for me.

I have talked with Mr. Gough about his previous criminal history, and I can verify that he is remorseful about his past. Even though I know about his prior criminal history, I would not hesitate to refer him to other people as a recommended contractor. Through his actions, Mr. Gough demonstrated to me that he is a responsible person and a good human being.

With kind regards,

Greg Leffew

GL:dmp

January 13th, 2023

Honorable Judge Crytzer,

My name is Royce "Bud" W. Slaven II and I am writing this reference letter for the court case involving Jessie Gough. I grew up in Sugar Grove Valley in Harriman TN, two farms down from Jessie and we have known each other our entire life. I have never had a little brother but Jessie has been as close to one as I will ever see, and our families are extremely close. I have watched Jessie go through both good and bad times over the years and he has matured into the great and humble man he is today. Jessie made some bad decisions during his youth and we lost contact for a few years while I was serving in US Army but we both moved back home and have been inseparable ever since. I currently interactive with Jessie on daily basis, in both personal matters and various construction projects and I will gladly testify under oath on his behalf.

Over the last decade, I have always tried to mentor Jessie as my friend and "little brother" and he has flourished into a great family man, with a successful small business, and a beautiful life. Jessie has been a productive member of our local community and is known throughout the area for helping anyone in need. Jessie has also helped me and others by volunteering his time and construction equipment services "Pro Bono" with multiple local community service projects over the last five years including but not limited too the; Caney Creek Hiking Trail expansion, Harriman City Splash Pad Project, Rockwood Landing Boat Ramp Cleanup, Boy Scouts of America-Camp Buck Toms Trail

Project, Grove Church Fire/Home Demolition Cleanup, various disable veteran projects, and the Popular Creek Kayak Launch Site.

I am pleading for leniency in this case involving Jessie. If at all possible, Jessie has a family to support and his capabilities would be wasted for him to spend time in prison when he could be serving his local community with his construction knowledge and equipment like he has been doing over the last five years. I would like to ask that you please consider giving Jessie a thousand+ hours of community service so he can better his local community and still try to support his family, instead of spending tax payer funds for him to sit in prison. I would also volunteer to serve as Jessie's "Community Service Mentor/Guardin ad Litem" and even volunteer my time to help him in bettering our local community.

Thank you for your time and consideration, feel free to contact me with any additional questions or needed information involving Jessie Gough.

Royce W. Slaven II

VETS LLC

865.803.7709

[VETSTN@gmail.com](VETSTN@gmail.com)

Kingston, TN

To whom it may concern,

    We are writing on behalf of Jessie Gough. He was referred to us by a family member to do some landscaping work. We called him, he came out the same day gave us a price. Came out the next day done the job way beyond our expectations and we were very pleased. In the short time we've became to know him he has proven to be a honorable and trustworthy man. He is a hard worker and someone you can depend on.
In todays times in our opionion we need more people like him.

                    Thank- you
                Mike and Frances Pennington
                    Harriman

**Subject:** Jesse Gough
**Date:** Friday, March 10, 2023 at 12:02:13 AM Eastern Standard Time
**From:** Greg Classon
**To:** Tyler Caviness

3/8/23

To whom it may concern,

I am a general contractor and have worked with Jesse Gough on many projects over the last 4 years. He has turned out to be one of my best subcontractors and also one of the most enjoyable people to work with on the jobsite. Jesse is professional, reliable, and his work is always perfect.

After several years I have come to consider him a friend as well as a work associate. I had never known him in any capacity other than a hard-working productive individual. I was very surprised when he let me know about his current situation.

I know he regrets the circumstances that have led up to these court proceedings. I also believe he is a great asset to our society. I would hope that there is some leniency in the system for people who are honest, determined, and goodhearted. I would hate to see someone that has such a bright future, have it destroyed by a prison sentence. I have confidence there is a way he can pay his debt either monetarily or by community service, and have extremely minimal or no jailtime. It will not do society any justice to destroy this young man's life, business, and security with jailtime. He is and will continue to stay on the right track in life if allowed to do so.

Please take this into consideration.

Sincerely,
Greg Classon

December 30, 2022

312 Windswept Ln
Kingston, TN 37763

Honorable Judge
Roane County General Sessions Court
200 East Race Street
Kingston, TN 37763

RE: Jessie Gough

To the Honorable Judge,

I first met Jessie Gough in July 2019 looking at real estate he had for sale. He walked me around the house and property and told me all the upgrades he had done and what things still needed attention. Though I did not purchase the property from Mr. Gough, my first impression in 2019 was that he was a hard-working honest young man. Later in early 2022, I needed excavation work done on some property I currently own. Jessie came highly recommended from another friend who had used Jessie for several jobs.

In July 2022, I contracted Jessie over about a 5-to-6-week period. During this time, I got to know Jessie very well. I trusted Jessie with keys to my property so he could come and go as his schedule allowed and work required. We talked openly about a litany of things. It was during this time that I learned of Jessie's current situation. It came about when I inquired about some additional work I needed in the spring. Jessie then shared he may not be available; and as I pressed, he told me what happened. I thought no less or no more of Jessie after he shared his story.

During the time Jessie worked for me, he demonstrated professionalism and had an outstanding work ethic. He began work most days at dawn and worked past 6:00 p.m. His work was impressive and he took pride in his work. Through his work and talking daily, we became friends. I have been to his house several times just to talk. I can say that since I have known Jessie, he has never had so much as a beer. I offered him one once and he informed me that he has been dry for over 6 years.

I believe everyone should be held accountable for their actions; however, I know Jessie is remorseful for the mistakes he has made because he told me he was. Your Honor, I ask that you take into account that Jessie is remorseful for his mistakes, that he has been dry for over 6 years, and has a thriving successful business. Jessie knows he has a debt to pay for his mistakes. As it is your responsibility to disperse punishment, I respectfully request if it is possible that you impose probation verse incarceration.

Respectfully,

*[signature]*
William D. May

To whom it may concern:

I hereby attest to Jessie Gough's character as a fine, upstanding, and productive American citizen.

My name is Brian K. McDaniel and I have served our country in a combat theater and have held security clearances in both the Department of Defense and the Department of Energy. Currently, I am a Senior Manager at the Y-12 National Security Complex. Given these facts, I do not lend my name to just anyone.

Jessie and I began our friendship in 2017 when a mutual friend referred him to me for heavy equipment services at my property in Harriman, TN. Prompt, hard-working, and fair in price are the norms when dealing with Jessie. He is a dependable and reliable as anyone you'll ever meet and I have referred him to many of my associates, each one having the same positive experience that I have.

It is my understanding that he has run afoul of the Federal government. I would sincerely hope that the Court take my endorsement of Jessie under consideration and grant him leniency while focusing on nefarious actors that are worthy of punishment, unlike Jessie.

Please feel free to contact me directly if you require further elaboration or information.

Very respectfully,

*Brian K. McDaniel*  10/30/22

Brian K. McDaniel

(865) 771-1615

113 Brashears Road

Harriman, TN 37748

November 15, 2022

To Whom It May Concern:

This letter is proof of our opinion of Jessie Gough, contractor, excavator, all around skilled in many professions. We met Jessie approximately 1-1 ½ years ago, as he was contracted by a neighbor of ours. At this time, we spoke with him about future building and clearing work, at our home. Approximately, a year later, we reached out to him to hire him for our needs. Jessie was very prompt in answering our calls. And, very prompt in coming to our home to see what we were interested in having done.

We hired Jessie, immediately, to do some excavating work. Of which, he was always here, when he said he would be. Jessie worked from daylight to dark, over several days. Jessie was very professional and knowledgeable, of what was required. Also, he was very timely in his work. While Jessie was performing this job, we hired him to perform more work, as we were planning on building a garage and extending our driveway. Without any specific plans, Jessie used his knowledge to prepare the site for contractors to pour and build for us. Jessie, always, answered our calls and showed up to our property, when he said he would. While at our property, other people reached out to Jessie, based on his knowledge and professionalism.

Our personal opinion, of Jessie, is that he is a reputable, knowledgeable, and trustworthy contractor. My wife and I, highly recommend Jessie. And, will definitely hire him back, in the near future. We would like to ask for leniency, for Mr. Gough, in the form of probation, versus incarceration. Thank you for reading our letter. And, for taking our opinion into consideration.

Sincerely,

Alan and Mickey Frye

# CHARACTER REFERENCE LETTER

Brian Sparks

380 Edwards Road

Harriman TN 37748

865-804-1232

March 8, 2023

To The Honorable Judge Crytzer,

My name is Brian Sparks and I am a Health Physicist/ Radiation Safety Professional. I have known Jessie for just over 6 years, since 2016 when I first contracted Jessie to install a new culvert under my driveway. Since that time I have contracted Jessie for multiple construction project on my farm. Most recently, the installation of the foundation for a new home construction project. I have known Jessie to be a fair, honest, and reliable man in the time I have known him.

That is why I am writing this letter to defend Jessie, because he is a highly valued person in our community. Jessie provides excavation services in our area. Over the past years I have gotten to know Jessie as a friend, he has provided services to many of my neighbors and my personal friends. We all love and appreciate Jessie for providing us an affordable and convenient excavation service. Jessie owns C&S construction, owning and operating a back hoe(s), bulldozer, mini excavator, and dump truck. Jessie is a valuable contributing member to our community whom we need, trust, and hold in high regards.

To give you a personal example. I was out of town in Ohio working on an environmental restoration project at a designated super fund site operated by the USACE. My driveway is ½ mile of gravel road and was suffering sever wash out from heavy rains and my lack of maintaining the drainage ditches. To maintain the road, it cost me between $5-7K every 5 years just to have it re-rocked (gravel delivered and spread). I contacted Jessie to fix the draining ditches, clear the land around the road and under the power lines, and then to have the driveway re-rocked and gravel spread. As I was out of town, I entrusted Jessie with $8k in advance to pay for his work and so he could pay for the re-rocking work on my behalf. Jessie went above and beyond to help me while I was away. Jessie completed the road repairs, cleared the areas requested, had the rock delivered, and spread in a timely manner at a lower rate then what I normal had been charged. He refunded me $1,200 of the money I entrusted to him.

*It is very unfortunate that he is in this situation. However, it is obvious to me that Jessie has matured into morally solid, trustworthy, and productive member of society whom is working to resolve this situation without further problems.*

*I hope that this letter can go some way in convincing the court that Jessie is a good person, and that my testimony will be taken into consideration.*

*In case you need any further information, please, do not hesitate to contact me.*

Best regards,

briansparks59@gmail.com