# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CR-00091 |
| | ) | Judge Katherine A. Crytzer |
| JESSIE GOUGH | ) | |

## NOTICE OF INTENTION TO CALL WITNESSES

The defendant, Jessie Gough, by and through undersigned counsel, respectfully submits that he intends to call the following witnesses at the sentencing hearing in this case and provides the following anticipated lengths of testimony for each witness. Any additional information for the witnesses can be made available to the Court, if needed.

- Jason Conti – 5 minutes
- Alan Fry – 5 minutes
- Chris Gough – 10 minutes
- Jessie Gough – 10 minutes
- Jeri Gough – 5 minutes
- Mike Gough – 8 minutes
- Tara Gough – 6 minutes
- David Mayes – 5 minutes
- Donna Mayes – 5 minutes
- Gary Powell – 8 minutes
- Aaron Savaard – 5 minutes
- Royce Slaven, II – 10 minutes
- Brian Sparks – 5 minutes
- Brad Taylor – 8 minutes
- Ann VanSlyke – 10 minutes
- Katelyn Ward – 5 minutes
- Regina West – 10 minutes

Respectfully submitted,

 s/Marcos M. Garza
Marcos M. Garza, BPR # 021483
GARZA LAW FIRM, PLLC
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
(865) 540-8300, Fax: (865) 474-9397
info@garzalaw.com

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
STEPHENS, DIRADO & CAVINESS, LLP
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 545-0909, Fax: (865) 545-0902
tyler@sdclaw.com
*Attorneys for Mr. Gough*

## CERTIFICATE OF SERVICE

I, Tyler M. Caviness, attorney for Mr. Gough, hereby certify that a copy of motion was filed electronically on March 31, 2023. Notice of this pleading will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

s/Tyler M. Caviness
TYLER M. CAVINESS