# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CR-91 |
| | ) | Judge Katherine A. Crytzer |
| JESSIE GOUGH | ) | |

## DEFENDANT'S SUPPLEMENT TO THE PARTIES' JOINT SENTENCING MEMORANDUM

The parties have submitted a joint sentencing memorandum [Doc. 48] requesting that this Court partially grant Mr. Gough's Motion for Downward Variance [Doc. 42] and impose a sentence of twenty-four months followed by three years of supervised release. Mr. Gough submits this supplement to respectfully request that, in addition to imposing the proposed sentence, this Court permit Mr. Gough to report to custody following designation of location by the Bureau of Prisons and as instructed by the Bureau of Prisons. Counsel for the United States has no objection to this request.

Respectfully submitted,

s/Marcos M. Garza
Marcos M. Garza, BPR # 021483
GARZA LAW FIRM, PLLC
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
(865) 540-8300, Fax: (865) 474-9397
info@garzalaw.com

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
LAW OFFICE OF TYLER M. CAVINESS
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 936-9499, Fax: (865) 936-9015
tyler@tylermcavinesslaw.com
*Attorneys for Mr. Gough*

1

## CERTIFICATE OF SERVICE

I, Tyler M. Caviness, attorney for Jessie Gough, hereby certify that a copy of this pleading was filed electronically on November 29, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

This the 29th day of November, 2023.

s/ Tyler M. Caviness<br>
TYLER M. CAVINESS